ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 MAY 21  AM 9: 34

DEPUTY CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. |
| IGNACIO SALCIDO           (01)<br>SERGIO SALCIDO ARAGON   (02)<br>CARLOS PLAZOLA-RODRIGUEZ(03) | 4=14CR-112-A |

INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning before June 1, 2012, and continuing until on or about November 14, 2012, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendants, **Ignacio Salcido, Sergio Salcido Aragon, Carlos Plazola-Rodriguez,** and others did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)).

A TRUE BILL.

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JOSHUA T. BURGESS
Assistant United States Attorney
Texas State Bar No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

IGNACIO SALCIDO (01)
SERGIO SALCIDO ARAGON (02)
CARLOS PLAZOLA-RODRIGUEZ (03)

4-14CR-112-A

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance

(1 COUNT)

A true bill rendered:

DALLAS _____ FOREPERSON

Filed in open court this 20th day of May, A.D. 2014.

Defendant Ignacio Salcido and Sergio Salcido Aragon on bond. Carlos Plazola-Rodriguez in custody.

_____
UNITED STATES MAGISTRATE JUDGE
(Magistrate Court Number: 4:14-MJ-018-BJ)