IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:14-CR-112-A |
| IGNACIO SALCIDO, ET AL. | § | |

## ORDER

The court ORDERS that the arraignment hearing of defendants, IGNACIO SALCIDO, SERGIO SALCIDO ARAGON, and CARLOS PLAZOLA-RODRIGUEZ, be, and are set for 9:30 a.m. on May 28, 2014, before the Honorable Jeffrey L. Cureton, United States Magistrate Judge, in the 2nd Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Ignacio Salcido and his attorney, and Sergio Salcido Aragon and his attorney, and Carlos Plazola-Rodriguez and his attorney, and the attorney of United States of America responsible for handling this action be present at 9:15 a.m. at such date and place to insure a timely start of the hearing.

SIGNED May 22, 2014.

_____
JOHN McBRYDE
United States District Judge