ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 JUN 12 PM 3: 50
CLERK OF COURT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No.   4:14-CR-112-A |
| IGNACIO SALCIDO              (01)<br>SERGIO SALCIDO ARAGON   (02)<br>CARLOS PLAZOLA-RODRIGUEZ (03) | |

## GOVERNMENT'S DESIGNATION OF AUDIO RECORDINGS

To the Honorable John McBryde, United States District Judge:

1. In compliance with the provisions of paragraph 9 of the Court's Order filed on May 28, 2014, the United States designates the following audio recordings which it will seek to introduce at trial.

### RECORDED TELEPHONE CALLS

| DATE | PARTICIPANT #1 | PARTICIPANT #2 | PARTICIPANT #3 |
|---|---|---|---|
| 9/10/12 | Confidential Source | Ignacio Salcido | Unidentified Male |
| 9/10/12 | Confidential Source | Ignacio Salcido | Unidentified Male |
| 9/12/12 | Confidential Source | Ignacio Salcido | Unidentified Male |
| 9/12/12 | Confidential Source | Ignacio Salcido | |
| 9/12/12 | Confidential Source | Juan Sanchez | Unidentified Male |
| 9/14/12 | Confidential Source | Ignacio Salcido | Unidentified Male |
| 9/17/12 | Confidential Source | Juan Sanchez | Unidentified Male |
| 9/17/12 | Confidential Source | Ignacio Salcido | Unidentified Male |
| 9/21/12 | Confidential Source | Juan Sanchez | Unidentified Male |
| 9/21/12 | Confidential Source | Ignacio Salcido | Unidentified Male |

| DATE | PARTICIPANT #1 | PARTICIPANT #2 | PARTICIPANT #3 |
|---|---|---|---|
| 10/3/12 | Confidential Source | Ignacio Salcido | Unidentified Male |
| 10/3/12 | Confidential Source | Juan Sanchez | Unidentified Male |
| 10/10/12 | Confidential Source | Ignacio Salcido | Unidentified Male |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Joshua T. Burgess

JOSHUA T. BURGESS
Assistant United States Attorney
State Bar of Texas No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

This is to certify that on June 12, 2014, the foregoing notice of intent to use audio recordings was served upon counsel of record for the defendants in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure, as follows:

David Coody
4711 Gaston Avenue
Dallas, TX 75246 [counsel for Ignacio Salcido]

Cynthia Barbare
8344 E. R. L. Thornton Freeway, Suite 404
Dallas, TX 75228 [counsel for Sergio Salcido Aragon]

Angela Saad
819 Taylor Street, Room 9A10
Fort Worth, TX 75102 [counsel for Carlos Plazola-Rodriguez]

/s/ Joshua T. Burgess

JOSHUA T. BURGESS
Assistant United States Attorney