ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUN 20   PM 3: 56

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No.   4:14-CR-112-A

IGNACIO SALCIDO                    (01)
SERGIO SALCIDO ARAGON              (02)
CARLOS PLAZOLA-RODRIGUEZ           (03)

## GOVERNMENT'S TENDER OF AUDIO TRANSCRIPTS INTENDED TO BE USED AT TRIAL

1.  In compliance with the provisions of paragraph 1(a) and 1(b) of the Court's Order filed on June 13, 2014 the United States tenders transcripts of the audio recordings identified in its designation of audio recordings which it will seek to introduce at trial. The final versions provided as trial exhibits will contain line numbers to permit the parties to easily identify the lines being referenced.

2.  The transcripts of the audio recordings are tendered in one volume. An index to the contents of the volume is shown below.

### Table of Contents

| TAB | DATE | PARTICIPANTS |
|-----|------|--------------|
| 1 | 9/10/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 2 | 9/10/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 3 | 9/12/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 4 | 9/12/12 | Confidential Source, Ignacio Salcido |

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No.   4:14-CR-112-A

IGNACIO SALCIDO               (01)
SERGIO SALCIDO ARAGON         (02)
CARLOS PLAZOLA-RODRIGUEZ (03)

## GOVERNMENT'S TENDER OF AUDIO TRANSCRIPTS INTENDED TO BE USED AT TRIAL

1.   In compliance with the provisions of paragraph 1(a) and 1(b) of the Court's Order filed on June 13, 2014 the United States tenders transcripts of the audio recordings identified in its designation of audio recordings which it will seek to introduce at trial. The final versions provided as trial exhibits will contain line numbers to permit the parties to easily identify the lines being referenced.

2.   The transcripts of the audio recordings are tendered in one volume.  An index to the contents of the volume is shown below.

### Table of Contents

| TAB | DATE | PARTICIPANTS |
|-----|------|--------------|
| 1 | 9/10/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 2 | 9/10/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 3 | 9/12/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 4 | 9/12/12 | Confidential Source, Ignacio Salcido |

| TAB | DATE | PARTICIPANTS |
|-----|------|-------------|
| 5 | 9/12/12 | Confidential Source, Juan Sanchez, a/k/a Carlos Plazola-Rodriguez, Unidentified Male |
| 6 | 9/14/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 7 | 9/17/12 | Confidential Source, Juan Sanchez, a/k/a Carlos Plazola-Rodriguez, Unidentified Male |
| 8 | 9/17/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 9 | 9/21/12 | Confidential Source, Juan Sanchez, a/k/a Carlos Plazola-Rodriguez, Unidentified Male |
| 10 | 9/21/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 11 | 10/3/12 | Confidential Source, Ignacio Salcido, Unidentified Male |
| 12 | 10/3/12 | Confidential Source, Juan Sanchez, a/k/a Carlos Plazola-Rodriguez, Unidentified Male |
| 13 | 10/10/12 | Confidential Source, Ignacio Salcido, Unidentified Male |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

JOSHUA T. BURGESS
Assistant United States Attorney
State Bar of Texas No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455

## CERTIFICATE OF SERVICE

This is to certify that on June 20, 2014, the foregoing Government's Transcripts was served upon counsel of record for the defendants in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure, as follows:

David Coody
4711 Gaston Avenue
Dallas , TX 75246 [counsel for Ignacio Salcido]

Cynthia Barbare
8344 E. R. L. Thornton Freeway, Suite 404
Dallas, TX 75228 [counsel for Sergio Salcido Aragon]

Angela Saad
819 Taylor Street, Room 9A10
Fort Worth, TX 75102 [counsel for Carlos Plazola-Rodriguez]


JOSHUA T. BURGESS
Assistant United States Attorney

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **SEPTEMBER 10, 2012** |
| DURATION: | **00:01:38** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **IGNACIO SALCIDO, AKA JESUS** |
| | **UNIDENTIFIED MALE (UM)** |

*MVM, Inc.*
*(713) 693-3241*

2

[BACKGROUND: BEEPING, RUSTLING SOUNDS]

[TELEPHONE RINGS]

**CS:**          [COUGHS]

**[BEGINNING OF CONVERSATION]**

**JESUS:**      HELLO.

**CS:**          HEY.

**JESUS:**      YEAH.

**CS:**          HEY, I WAS CALLING TO TELL YOU THAT I, EH... THIS GUY IS

GOING WITH, WITH... THE PAPERS ARE A LITTLE LOW ON, ON

THE DENOMINATION.  DO YOU WANT... ME TO FIND A WAY TO

TAKE THEM BIGGER OVER THERE?

**JESUS:**      NO, DON=T WORRY, [STUTTERS] [U/I] FINE.

**CS:**          DO YOU UNDERSTAND ME?  SO SHOULD I TAKE THEM...

[VOICES OVERLAP]

**JESUS:**      YES.

**CS:**          ... I SHOULD TAKE THEM EITHER WAY?

**JESUS:**      YES.

**CS:**          WELL, I HAVE A PERSON HERE THAT, THAT CHANGES THEM

INTO BIGGER BILLS FOR ME, DO YOU UNDERSTAND ME?

**JESUS:**      WELL... WELL, WHATEVER YOU WANT.  IT=S BETTER IF, IF YOU

*MVM, Inc.*
*(713) 693-3241*

3

|          | CAN DO THAT. |
|----------|--------------|
| CS:      | YES, IN BIGGER DENOMINATIONS, AND, AND, AND IN THE MIDDLE. |

[PAUSE]

| JESUS:   | UH-HUH. |
|----------|---------|
| CS:      | OKAY?  THEY HAVE TOO MANY... |

[VOICES OVERLAP]

| JESUS:   | OKAY. |
|----------|-------|
| CS:      | THERE ARE FIVE (5) AND TWENTY (20) DOLLARS BILLS AND THAT=S TOO MUCH OF A HASSLE. |

[VOICES OVERLAP]

| JESUS:   | YES.  YES, YES, YES.  IF YOU CAN. |
|----------|-----------------------------------|
| CS:      | OKAY.  THAT=S FINE.  NOT A PROBLEM.  I=LL SEE YOU TOMORROW. |
| JESUS:   | THANK YOU. |
| CS:      | BYE. |
| JESUS:   | ALL RIGHT, THEN.  BYE. |

**[END OF CONVERSATION]**

[BACKGROUND: RUSTLING SOUNDS]

| UM:      | *SOURCE CALL TO, UH... IGNACIO SALCIDO, AK, UH... A JESUS* |
|----------|-----------------------------------------------------------|

*Case No:* **MW-13-0009**

*Exhibit No:* **N-X (SEP) / (SEP)**

*AT, UH... SIXTEEN (16), FIFTEEN (15) HOURS.  UM... MONDAY,*

*TEN (10) SEPTEMBER TWO THOUSAND TWELVE (2012).*

[BACKGROUND: RUSTLING SOUNDS]

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **SEPTEMBER 10, 2012** |
| DURATION: | **00:03:28** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **IGNACIO SALCIDO, AKA JESUS** |
| | **UNIDENTIFIED MALE (UM)** |

*MVM, Inc.*
*(713) 693-3241*

2

[BEGINNING OF CONVERSATION]

CS:         [SIGHS]

JESUS:      [U/I]

CS:         HEY, JESUS.

JESUS:      [U/I]

CS:         THIS IS TOÑITO CALLING.

JESUS:      HEY, HOW ARE YOU?

CS:         UH... I CAN=T REALLY HEAR YOU.  YOU=RE IN AN AREA THAT=S

            NOT REALLY GOOD.  [PAUSE] CAN YOU HEAR ME?

JESUS:      YES, [U/I].

CS:         YES, BUT NOT VERY WELL.  NOT VERY WELL.

JESUS:      [U/I] [PAUSE] [U/I]

CS:         OH, ALL RIGHT.  JUST WANTED YOU TO KNOW WHAT WE=RE

            GOING ON WEDNESDAY.

JESUS:      [U/I] WEDNESDAY?

CS:         YES.

JESUS:      [U/I]

CS:         YES, YES, WE CAN BE THERE IF YOU HAVE THE, EH... IF YOU

            HAVE THE... CARS READY.

JESUS:      [U/I]

*MVM, Inc.*
*(713) 693-3241*

3

[VOICES OVERLAP]

CS:             SO... [BACKGROUND: RUSTLING SOUNDS] UH... SO...

                [BACKGROUND: RUSTLING SOUNDS]

JESUS:          YEAH, EVERYTHING IS FINE.

CS:             OKAY.

JESUS:          [U/I]

CS:             EVERYTHING IS FINE?

                [VOICES OVERLAP]

JESUS:          UM...

CS:             THE CARS ARE READY?

JESUS:          WE=LL TALK HERE ON WEDNESDAY MORNING.

CS:             YES.

JESUS:          WE=LL SEE EACH THERE.

                [VOICES OVERLAP]

CS:             I=M TAKING THE... THE PAPERS READY SO WE CAN

                IMMEDIATELY... IF THERE ARE, IF THERE ARE CARS...

                [VOICES OVERLAP]

JESUS:          ARE YOU GOING TO BE HERE IN THE MORNING?

CS:             YES.

JESUS:          ALL RIGHT.

*MVM, Inc.*
*(713) 693-3241*

4

| | |
|---|---|
| **CS:** | SO... I=LL HAVE EVERYTHING READY AND I=M TAKING THE, THE DELIVER GUY. |
| **JESUS:** | UH-HUH. |
| **CS:** | SO WE CAN TRAVEL WITH THE VEHICLES ONCE AND FOR ALL. |

[PAUSE]

| | |
|---|---|
| **JESUS:** | ALL RIGHT. |
| **CS:** | OKAY? |
| **JESUS:** | OKAY. |
| **CS:** | AND, UH... |

[VOICES OVERLAP]

| | |
|---|---|
| **JESUS:** | BUT FOR SURE BECAUSE NOW IT=S... |

[VOICES OVERLAP]

| | |
|---|---|
| **CS:** | YES, FOR SURE, FOR SURE.  I WILL BE THERE ON WEDNESDAY. |
| **JESUS:** | OKAY. |
| **CS:** | EH... ONE MORE THING.  AND... |

[VOICES OVERLAP]

| | |
|---|---|
| **JESUS:** | ALL RIGHT, THEN. |
| **CS:** | ... AND THE PRICE? |
| **JESUS:** | THE PRICE IS THE SAME. |
| **CS:** | DIDN=T THAT GUY TALK TO YOU? |

*MVM, Inc.*
*(713) 693-3241*

5

[VOICES OVERLAP]

JESUS:      [STUTTERS] HE DIDN=T CALL.  UM...

CS:         YES, YES, THIS GUY WITH YOU.

[VOICES OVERLAP]

JESUS:      YEAH.

CS:         HE TOLD ME THAT YOU WERE GOING TO TAKE DOWN...

[VOICES OVERLAP]

JESUS:      [U/I]... WHAT?

CS:         HE SAID THAT YOU WERE GOING TO LOWER THE MOTORS.

JESUS:      NO, THEY CAN=T.  THAT=S THE WAY IT IS.  THEY, THEY, UM...

THEY=RE TAKING THOSE CIRCUITS OVER THERE FOR TWENTY-

SIX (26) CENTS TO TWENTY-SEVEN (27) CENTS OVER THERE

WHERE YOU LIVE.

[PAUSE]

CS:         OKAY.

JESUS:      THAT=S WHAT THEY=RE GOING FOR OVER THERE.

CS:         ALL RIGHT.

JESUS:      YEAH.  UM... WELL, THAT=S THE WAY EVERYTHING IS.

[STUTTERS] INFORM YOURSELVES PROPERLY SO THAT THERE

AREN=T ANY...

---

Case No:  MW-13-0009                              Exhibit No:  N-X (SEP) / (SEP)

[VOICES OVERLAP]

CS:             YEAH, I=M GOING TO INFORM MYSELF HOW EVERYTHING IS

                HERE.

JESUS:          YEAH.

CS:             AND... AND SUPPOSEDLY THE GUYS SHOULD ALREADY BE

                ARRIVING TONIGHT.

JESUS:          UH-HUH.

CS:             [STUTTERS] SO THEN, I DID IT FAST THIS TIME BECAUSE WE

                CAN=T LOSE TIME.

JESUS:          NO.  YEAH, WE=RE SET.  WE=RE SET.  WE=RE SET [STUTTERS]

                FOR TOMORROW WEDNESDAY IN THE EVENING.

CS:             YES, WEDNESDAY MORNING AND WE=LL DO THE DEAL IN THE

                EVENING.

JESUS:          WE=LL DO THE DEAL.  WE=RE SET.  WE=RE SET.

CS:             OKAY, THAT=S FINE.  ALL RIGHT.

                [VOICES OVERLAP]

JESUS:          ALL RIGHT, THEN.

**[END OF CONVERSATION]**

UM:             *M-HMM... TODAY=S DATE, MONDAY THE TENTH (10TH)  OF*

                *SEPTEMBER TWO THOUSAND TWELVE (2012), ABOUT SIXTEEN (16)*

*MVM, Inc.*
*(713) 693-3241*

7

*HUNDRED HOURS AND THAT WAS A... CONVERSATION BETWEEN A*

*SOURCE AND... IGNACIO SALCIDO, AKA JESUS.  UH... REGARDING*

*A... MULTI KILOGRAM COCAINE TRANSACTION IN DALLAS.*

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **SEPTEMBER 12, 2012** |
| DURATION: | **00:01:39** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **IGNACIO SALCIDO, AKA (JESUS)** |
| | **UNIDENTIFIED MALE (UM)** |

*MVM, Inc.*
*(713) 693-3241*

2

[BACKGROUND: DIGIT DIALED]

[TELEPHONE RINGS]

**[BEGINNING OF CONVERSATION]**

JESUS:      HELLO.

CS:          TELL ME.

JESUS:      WHAT=S UP, [U/I]?

CS:          JUST HERE.  LISTEN, WE=RE [STUTTERS] GOING TO HEAD BACK

             BECAUSE THE DELIVERY DIDN=T ANSWER AND THE THING IS

             THAT HE OWES A TICKET IN ALABAMA I THINK, I DON=T KNOW

             WHERE IT IS.

JESUS:      THEY GOT YOU?

CS:          YES, BECAUSE OF A TICKET, BUT IT=S JUST THE TICKET.

             [PAUSE] BUT HE SAID HE PAID IT A LONG TIME AGO BUT HE

             DOESN=T HAVE THE RECEIPT.  HE DOESN=T HAVE THE TICKET.

JESUS:      AY, YA, YAY.

CS:          SO, WE=RE GOING TO SEE HOW WE=RE GOING TO... LOOK FOR IT

             AND WE=RE HEADING BACK FROM THERE.  I=LL CALL YOU

             LATER.

                        [VOICES OVERLAP]

JESUS:      [U/I]... SO, WHAT DO YOU WANT, [STUTTERS] FOR ME TO LEAVE

*MVM, Inc.*
*(713) 693-3241*

THEM OVER THERE ON THAT SIDE?

CS:            YES, LEAVE THEM OVER THERE ON THAT SIDE UNTIL I CALL

YOU.

[VOICES OVERLAP]

JESUS:       [STUTTERS] OR FOR THAT GUY TO GET THEM?  I=M GOING TO

TELL HIM TO, TO LEAVE THEM OVER THERE THAT WAY WE=RE

NOT...

CS:            YES, HAVE HIM LEAVE THEM OVER THERE, HAVE HIM LEAVE

THEM OVER THERE.  NO, NO, NO... [PAUSE] HAVE HIM LEAVE

THEM OVER THERE WHERE THEY=RE AT RIGHT NOW.  I=LL

CALL YOU LATER.

[PAUSE]

JESUS:       OKAY.

CS:            OKAY, BYE.

**[END OF CONVERSATION]**

[BACKGROUND: RUSTLING SOUNDS]

UM:            *TODAY=S DATE IS, UH, TWELVE (12) OF SEPTEMBER TWO*

*THOUSAND TWELVE (2012) AND THAT WAS A PHONE CALL FROM*

*THE SOURCE TO, UH... JESUS, AKA IGNACIO SALCIDO.*

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

CASE No:          MW-13-0009

TRANSCRIBER:      S. PEÑA

DATE:             SEPTEMBER 12, 2012

DURATION:         00:02:45

LANGUAGE:         SPANISH/*ENGLISH*

PARTICIPANTS:     CONFIDENTIAL SOURCE (CS)

                  IGNACIO SALCIDO, AKA JESUS

*MVM, Inc.*
*(713) 693-3241*

2

[TELEPHONE RINGS]

**[BEGINNING OF CONVERSATION]**

JESUS:      HELLO.

CS:         HEY, HOW ARE YOU?

JESUS:      WHAT=S UP?

CS:         HERE...

[VOICES OVERLAP]

JESUS:      WHERE ARE YOU?

CS:         I=M HERE IN YOUR CITY RIGHT NOW.

JESUS:      YEAH?

CS:         YES.  I NEED TO TALK TO YOU RIGHT NOW.

JESUS:      ALL RIGHT.  WHERE SHOULD WE MEET?

CS:         I DON=T KNOW, YOU TELL ME WHERE TO MEET BECAUSE I

            DON=T KNOW MY WAY AROUND HERE.

JESUS:      WELL, I DON=T KNOW WHERE YOU=RE AT.  TELL ME WHERE

            YOU=RE AT.

CS:         OH... ON BY THIRTY-FIVE (35)... [PAUSE] NORTH.

JESUS:      THIRTY-FIVE (35) E OR WEST?

CS:         THIRTY-FIVE (35) WEST... [PAUSE] E.

[VOICES OVERLAP]

*MVM, Inc.*
*(713) 693-3241*

3

| | |
|---|---|
| **JESUS:** | OKAY. ON... |
| **CS:** | YEAH. |
| **JESUS:** | ... ON THIRTY-FIVE (35) WEST, E OR W? |
| **CS:** | IT SAYS, IT SAYS E... I=M ON E, N, W, A, D. [PAUSE] OH, IT=S W... OH, LISTEN, IT=S E, N, W, O, O, D. |
| **JESUS:** | HEY, QUICK QUESTION, ARE YOU IN DALLAS OR FORT WORTH? |

[PAUSE]

| | |
|---|---|
| **CS:** | EH... IS THIS DALLAS OR FORT WORTH? [PAUSE] I THINK IT=S DALLAS. I KNOW IT=S THIRTY-FIVE (35)... [PAUSE] YEAH. |
| **JESUS:** | BECAUSE I=M OVER HERE IN FORT WORTH. |
| **CS:** | OKAY, I=M RIGHT HERE IN DALLAS BUT ON THIRTY-FIVE (35) EAST. IT SAYS EAST. |
| **JESUS:** | YES, EAST. |
| **CS:** | UH-HUH... |

[VOICES OVERLAP]

| | |
|---|---|
| **JESUS:** | YOU=RE ON THIRTY-FIVE (35) EAST? |
| **CS:** | UH-HUH, ON THIRTY-FIVE (35) EAST. [U/I] |

[VOICES OVERLAP]

| | |
|---|---|
| **JESUS:** | UH-HUH. |
| **CS:** | AND WE=RE... I=M ON A STREET CALLED E, N, W, O, O, D. |

*MVM, Inc.*
*(713) 693-3241*

4

[PAUSE] DO YOU KNOW?

**JESUS:** HOLD ON, HOLD ON, HOLD ON.  [PAUSE] TELL ME, ARE YOU GUYS GOING TO STAY OVER THERE, OVER THERE IN DALLAS OR ARE YOU GUYS GOING TO COME OVER HERE TO FORT WORTH?

[VOICES OVERLAP]

**CS:** NO, NO.  NO...

[VOICES OVERLAP]

**JESUS:** DO YOU GUYS HAVE, DO YOU GUYS HAVE A HOTEL OVER THERE ALREADY?

**CS:** YES, BUT I WANT TO TALK TO YOU HERE IN PERSON, IF POSSIBLE.

**JESUS:** YES, LET ME... LET ME... I=M OVER HERE... BY MYSELF.

**CS:** OKAY.

[VOICES OVERLAP]

**JESUS:** [STUTTERS] SPELL THAT OUT FOR ME AGAIN.

**CS:** OKAY, [PAUSE] E, N, W, O, O, D.

[PAUSE]

**JESUS:** O, O, T?

**CS:** O, O, D.

*Case No:* **MW-13-0009**                        *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

5

[VOICES OVERLAP]

JESUS:        YOU=RE ON ENWOOD?

CS:           UH-HUH.

JESUS:        ON, ON THIRTY-FIVE (35).  ON ENWOOD AND... WELL, IT=S GOING

              TO TAKE ME A WHILE TO GET OVER THERE.

CS:           OKAY.  LIKE HOW LONG TO GET HERE?

JESUS:        LIKE, UH... LIKE... HALF (2) AND HOUR.

CS:           OKAY, *THIRTY MINUTES (30)*?

JESUS:        YES.

CS:           OKAY.

JESUS:        OKAY?  I=M ON MY WAY OVER THERE.

CS:           OKAY, THAT=S FINE.  BYE.

**[END OF CONVERSATION]**

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

CASE No:             **MW-13-0009**

TRANSCRIBER:         **S. PEÑA**

DATE:                **SEPTEMBER 12, 2012**

DURATION:            **00:01:39**

LANGUAGE:            **SPANISH/*ENGLISH***

PARTICIPANTS:        **CONFIDENTIAL SOURCE (CS)**

                     **JUAN SANCHEZ, AKA PLAZOLA**

                     **UNIDENTIFIED MALE (UM)**

2

*MVM, Inc.*
*(713) 693-3241*

[BEGINNING OF CONVERSATION]

CS:  SO, EH... I=M GOING TO ARRIVE WITH YOU.  [PAUSE] I CAN TALK TO YOU BETTER IN PERSON, DO YOU UNDERSTAND ME?

PLAZOLA:  YEAH.

CS:  IF THIS GUY DOESN=T SHOW UP, DO YOU UNDERSTAND ME?  IF HE SHOWS UP THEN WE=LL DO THE DEAL RIGHT AWAY.

PLAZOLA:  UH-HUH.

CS:  BECAUSE WE DON=T KNOW WHAT=S GOING ON.

PLAZOLA:  YEAH.

CS:  AND... AND I FIND IT A LITTLE DIFFICULT BECAUSE HE DRIVES GOOD, DO YOU UNDERSTAND ME?

PLAZOLA:  YEAH.  NO, WELL...

[VOICES OVERLAP]

CS:  HE DOESN=T HAVE ANYTHING ON HIM EITHER.

PLAZOLA:  OH, NO, WELL, THAT=S GOOD.

CS:  HE DOESN=T HAVE... HE DOESN=T HAVE PAPERS.  HE DOESN=T HAVE ANYTHING, ANYTHING, ANYTHING.  [PAUSE] DO YOU UNDERSTAND ME? ALL HE=S COMING FOR IS TO PICK UP THE... THE PERSONNEL HERE AND THEN RIGHT AWAY HEADS BACK.

PLAZOLA:  ALL RIGHT.  NO, THAT=S FINE.

*Case No:*  **MW-13-0009**                    *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

3

| | |
|---|---|
| **CS:** | YEAH, BUT EVERYTHING=S BEEN GOOD AS OF RIGHT NOW. WE=RE... WE=RE ALREADY HERE. I ALREADY CALLED YOUR FRIEND. |
| **PLAZOLA:** | YES, HE ALREADY CALLED ME EARLIER. |
| **CS:** | YES, I ALREADY CALLED HIM THAT WE WERE HERE. I WANT TO TALK TO HIM. IN CASE I GET SOME TIME AND THE GUY ANSWERS, WELL, CONTINUE ON WITH THE, THE SAME DEAL WE HAVE. |
| **PLAZOLA:** | OKAY, THAT=S FINE. |
| **CS:** | AND IF HE DOESN=T ANSWER, WELL, THEN I=LL HEAD BACK, DO YOU UNDERSTAND ME? |
| **PLAZOLA:** | YEAH. OKAY, GIVE ME A CALL EITHER WAY. |
| **CS:** | OKAY, THAT=S FINE. BYE, BYE. |
| **PLAZOLA:** | OKAY, BYE. |

[END OF CONVERSATION]

| | |
|---|---|
| **UM:** | *IT=S NINE (9), TWELVE (12), UH... TWELVE (12) AT APPROXIMATELY ELEVEN (11:00) P... AM. UH... PLAZOLA CALLED, UH... AND TALKED IN REFERENCE TO WHAT THE CONVERSATION=S GONNA BE TALKING PLACE IN A... COUPLE MINUTES WITH JESUS.* |

*Case No:* **MW-13-0009**        *Exhibit No:* **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

4

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **SEPTEMBER 14, 2012** |
| DURATION: | **00:03:11** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **IGNACIO SALCIDO, AKA JESUS** |
| | **UNIDENTIFIED MALE (UM)** |

*MVM, Inc.*                                                                    2
*(713) 693-3241*
_____

[TELEPHONE RINGS]

**[BEGINNING OF CONVERSATION]**

**JESUS:**     WHAT=S UP, [U/I]?

**CS:**        HOW=S IT GOING?

**JESUS:**     HOW IS EVERYTHING?

**CS:**        EVERYTHING IS FINE.  THE, THE DELIVERY... THIS GUY=S

               DELIVERY LEAVES TOMORROW OR ON SUNDAY, [PAUSE] BUT

               I=M NOT GOING TO USE THAT DELIVERY, I=M GOING TO USE MY

               DELIVERY.  SO, IT=S POSSIBLE THAT I MAY BE OVER THERE ON

               SUNDAY OR MONDAY, WITH YOU OVER THERE OR HERE.  IT

               DOESN=T MATTER.  I=M PAYING THE SAME PRICE THAT YOU

               TOLD HIM.  WHETHER IT BE HERE OR THERE, I=LL DO THE DEAL

               WHEREVER YOU TELL ME, BUT WITH MY DELIVERY NOT HIS

               DELIVERY, DO YOU UNDERSTAND ME?  BECAUSE I DON=T

               KNOW WHAT DRAMA HE HAS GOING ON. [PAUSE] AND WE=LL

               COME TO AN AGREEMENT.

                              [VOICES OVERLAP]

**JESUS:**     YEAH.  [PAUSE] NO, WELL, THE THING IS THAT HE=S VERY

               BUSY.  I DON=T KNOW IF HE=LL BE ABLE TO.  LET ME... LET ME...

**CS:**        NO, JUST LET ME KNOW BUT IT CAN=T BE TOO FAR.

_____

*MVM, Inc.*
*(713) 693-3241*

3

[VOICES OVERLAP]

**JESUS:**     [U/I]

**CS:**     DO YOU UNDERSTAND ME? BECAUSE, UH...

[VOICES OVERLAP]

**JESUS:**     YES.

**CS:**     RIGHT NOW THE... [STUTTERS] THE FOLLOWING WOULD BE TO

START TO WORK WITH YOU BECAUSE HERE IT=S ALMOST THE

SAME... THE WORK HOUR IS ALMOST THE SAME.  THE

DIFFERENCE IS...

[VOICES OVERLAP]

**JESUS:**     YES.

**CS:**     ... IS, IS A DOLLAR LESS.

**JESUS:**     UH-HUH.

**CS:**     AT THIS MOMENT, DO YOU UNDERSTAND ME?  WE DON=T

KNOW...

[VOICES OVERLAP]

**JESUS:**     YES.

**CS:**     ... TOMORROW OR THE NEXT DAY.

**JESUS:**     UH-HUH.

**CS:**     SO, I DON=T KNOW WHAT...

*Case No:*  **MW-13-0009**                    *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

4

| | |
|---|---|
| **JESUS:** | [MOUTH SOUND] |
| **CS:** | I WAS GOING TO TALK TO PLAZOLA RIGHT NOW... |
| **JESUS:** | UH-HUH. |
| **CS:** | ... TO SEE IF PLAZOLA WOULD... GIVE ME THE... THE, THE ACHAVOS@ (GUYS), LIKE THEY SAY. |
| **JESUS:** | UH-HUH. |
| **CS:** | BECAUSE WE=RE ALREADY READY, DO YOU UNDERSTAND ME? |
| **JESUS:** | YES.  NO, WELL, LET ME FIND OUT HOW IS EVERYTHING OVER HERE AND I=LL CALL YOU BACK. |
| **CS:** | OKAY, SO YOU=LL LET ME KNOW FROM NOW UNTIL THURSDAY? |
| **JESUS:** | YES. |
| **CS:** | I MEAN, FROM NOW UNTIL MONDAY?  I=M SORRY. |
| | [VOICES OVERLAP] |
| **JESUS:** | YES.  YES, I=LL... |
| **CS:** | BECAUSE THESE GUYS ARE HERE.  THEY=RE... YOU KNOW, EH...EATING AND SPENDING MONEY BECAUSE OF THAT STUPID ASS. |
| | [VOICES OVERLAP] |
| **JESUS:** | YES. |

*Case No:* **MW-13-0009**          *Exhibit No:* **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CS: | BECAUSE THAT=S WHAT HE IS A STUPID ASS, BECAUSE HE SHOULD HAVE TOLD ME THAT HE HAD THAT PROBLEM THERE. |
| JESUS: | YEAH.  YES. |

[VOICES OVERLAP]

| | |
|---|---|
| CS: | HE MADE ME WASTE TIME OVER THERE AND WASTE TIME HERE, AND MADE YOU GUYS WASTE TIME.  I WAS MAD AT HIM ON FRIDAY. |

[PAUSE]

| | |
|---|---|
| JESUS: | ALL RIGHT.  YES, I=LL, I=LL GIVE YOU INFORMATION AND SEE HOW... SEE HOW THINGS ARE OVER HERE. |
| CS: | OKAY.  IF... |

[VOICES OVERLAP]

| | |
|---|---|
| JESUS: | [U/I] |
| CS: | ... IF YOU THINK IT CAN BE DONE, WELL, WE=RE HERE, WE=RE READY HERE. |
| JESUS: | WE=LL SEE.  NO, WELL, WHATEVER HE SAYS. |
| CS: | YEAH.  WELL, YEAH. |
| JESUS: | WE=LL SEE WHAT HE SAYS. |
| CS: | ALL RIGHT, ASK HIM.  TAKE CARE OF YOURSELF. |
| JESUS: | ALL RIGHT, THEN. |

*MVM, Inc.*
*(713) 693-3241*                                                                6

[VOICES OVERLAP]

**CS:**          BYE, BYE.

**[END OF CONVERSATION]**

[BACKGROUND: DIGIT DIALED]

**UM:**          [CLEARS THROAT] *THIS IS FRIDAY THE FOURTEEN (14TH) OF*

*SEPTEMBER TWO THOUSAND TWELVE (2012) AND THAT=S A CALL*

*FROM THE SOURCE TO IGNACIO SALCIDO, AKA JESUS IN, UH... THE*

*DALLAS AREA.*

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **SEPTEMBER 17, 2012** |
| DURATION: | **00:04:25** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **JUAN SANCHEZ, AKA PLAZOLA** |
| | **UNIDENTIFIED MALE (UM)** |

*MVM, Inc.*
*(713) 693-3241*

2

[TELEPHONE RINGS]

**[BEGINNING OF CONVERSATION]**

PLAZOLA:     TELL ME, ᴀPILOTO@ (PILOT).

CS:          HOW ARE YOU DOING, PLAZOLA?

PLAZOLA:     GOOD.

CS:          OH.  LISTEN, I JUST SPOKE TO JESUS RIGHT NOW.

PLAZOLA:     UH-HUH.

CS:          YEAH, I TOLD HIM... TO SEE IF THAT COULD BE DONE HERE.

PLAZOLA:     UH-HUH.

CS:          [U/I] CAR AND ALL OF THAT.

PLAZOLA:     YES.

CS:          SO, [PAUSE] I TOLD HIM THAT IF THERE WERE ANY PROBLEMS

             IF GAVE YOU THE, THE MONEY.

PLAZOLA:     UH-HUH.

CS:          SO THAT THERE=S MORE TRUST.

PLAZOLA:     YES.

CS:          AND HE TOLD ME...

PLAZOLA:     UH-HUH.

CS:          ... THAT=S NOT MOTIVE.  THE MOTIVE IS THAT THEY WERE

             ALREADY SPOKEN FOR TO... HERE.  [PAUSE] BECAUSE

*MVM, Inc.*
*(713) 693-3241*

|  |  |
|---|---|
|  | [STUTTERS] ON THE NEXT ONE... HE WOULD CALL ME ON WEDNESDAY BECAUSE IT=S POSSIBLE THAT THEY=RE GOING TO WHERE HE=S AT NEXT WEEK. |
| **PLAZOLA:** | YES. |
| **CS:** | BUT I TOLD HIM THAT I WOULD GIVE HIM... I WOULD PAY HIM... EVERYTHING AT THE SAME PRICE HERE FROM OVER THERE. |
| **PLAZOLA:** | YES, I KNOW.  THAT WAY YOU DON=T HAVE TO GO ALL THE WAY OVER THERE. |
| **CS:** | YES, BECAUSE THIS IS WASTING TIME AND I=M WASTING TIME, DO YOU UNDERSTAND ME? |
| **PLAZOLA:** | YEAH.  NO, I KNOW. |
| **CS:** | SO, HE TOLD ME THAT THE [STUTTERS] DELIVERY IS GOING TO ARRIVE HERE, TO WHERE WE WENT THE OTHER DAY. |
| **PLAZOLA:** | OKAY. |
| **CS:** | SO, I WANTED TO TALK TO YOU TO SEE WHAT POSSIBILITIES YOU HAD TO TALK TO... |
|  | [VOICES OVERLAP] |
| **PLAZOLA:** | BUT TELL THEM TO [STUTTERS] BRING IT... TO THROW IT OVER HERE. |
| **CS:** | NO, MAN, THEY=RE GOING TO HAVE IT THERE BECAUSE THE, |

*Case No:*  **MW-13-0009**

*Exhibit No:*  **N-X (SEP) / (SEP)**

4

*MVM, Inc.*
*(713) 693-3241*

|  |  |
|---|---|
|  | THE DELIVERY IS GOING TO ARRIVE HERE. |
| PLAZOLA: | WELL, HAVE THEM LEAVE IT HERE THEN.  WHY THE FUCK WOULD THEY GO OVER THERE? |
| CS: | I DON=T KNOW BUT I TOLD HIM THAT I WOULD [STUTTERS]... THE MONEY TO BUY THAT, THOSE LITTLE CARS. |

[VOICES OVERLAP]

| PLAZOLA: | YEAH, I=LL CALL HIM RIGHT NOW. |

[PAUSE]

| CS: | EH... I WANTED TO KNOW IF, IF... |

[VOICES OVERLAP]

| PLAZOLA: | [U/I] OVER THERE... HUH? |
| CS: | ... THE GUYS THERE COULD GIVE YOU SOMETHING? |
| PLAZOLA: | YEAH.  YEAH, NOT A PROBLEM.  I=LL TALK TO THEM RIGHT NOW AND SEE IF... SEE HOW I CAN TELL HIM SO THAT THEY CAN BRING IT TO ME HERE BECAUSE IF THEY=RE GOING TO COME HERE, WHY THE FUCK WOULD THEY GO ALL THE WAY OVER THERE? |
| CS: | EXACTLY. |

[VOICES OVERLAP]

| PLAZOLA: | DO YOU UNDERSTAND ME? |

*MVM, Inc.*
*(713) 693-3241*

CS:             AND MAYBE THEY=LL LEAVE SOMETHING HERE.

                         [VOICES OVERLAP]

PLAZOLA:        [U/I]

CS:             MAYBE THEY=LL LEAVE SOMETHING HERE TOO.  THEY=RE

                HERE.

                         [VOICES OVERLAP]

PLAZOLA:        YEAH.

CS:             [U/I]

                         [VOICES OVERLAP]

PLAZOLA:        [U/I]... NO, I=M, I=M GOING TO TALK TO HIM RIGHT NOW, RIGHT

                AWAY.

CS:             OKAY.  EH, EH... [PAUSE] THE MOST DIFFICULT THING WOULD

                BE [U/I] HERE.

PLAZOLA:        YEAH.  NO, I KNOW, AND YOU CAN=T HAVE THAT FUCKING

                SHIT THERE.

CS:             ALL RIGHT.

PLAZOLA:        CAN YOU IMAGINE HAVING TO TAKE CARE OF ALL THAT SHIT?

CS:             NO.  SO THEN I...

                         [VOICES OVERLAP]

PLAZOLA:        YOU CAN=T DO IT.

*Case No:*  **MW-13-0009**                          *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

6

| | |
|---|---|
| CS: | UM... I SAID, LET ME CALL YOU TO SEE WHAT SOLUTION YOU COULD GIVE ME.  IF YES OR NO... |

[VOICES OVERLAP]

| | |
|---|---|
| PLAZOLA: | [U/I] |
| CS: | ... SO I CAN DO WHATEVER I HAVE TO DO, DO YOU UNDERSTAND ME?  BECAUSE THIS PERSON IS EATING FOOD AND PAYING FOR HOTEL HERE. |
| PLAZOLA: | NO, I KNOW.  I KNOW.  I... |
| CS: | SO, HE=S TELLING ME THAT HE=S SPENDING TOO MUCH. |

[VOICES OVERLAP]

| | |
|---|---|
| PLAZOLA: | WHAT I=M GOING TO DO IS... I=M GOING TO TALK TO HIM AND I=M GOING TO TELL HIM THAT IF HE COMES OVER HERE HE=S COMING... THE [U/I] IS COMING WITH THE CARS, WHY DON=T THEY JUST LEAVE THEM HERE AT THE SHOP ONCE AND FOR ALL SO THEY CAN BE FIXED? |
| CS: | OF COURSE, THEY DON=T HAVE TO GO TOO FAR. |
| PLAZOLA: | EXACTLY, SO THEY DON=T GO ALL THE WAY OVER THERE... |
| CS: | UH-HUH. |
| PLAZOLA: | ... TO BRING THE FUCKING CARS AND PARTS FROM OVER THERE, AND WHY CARRY THE PARTS AROUND IF THEY CAN BE |

---

*MVM, Inc.*
*(713) 693-3241*

|  |  |
|---|---|
|  | FIXED HERE? |
| **CS:** | OF COURSE. |
|  | [BACKGROUND: SHUFFLING SOUNDS] |
| **PLAZOLA:** | DO YOU UNDERSTAND ME? |
| **CS:** | ALL RIGHT, THAT=S FINE.  YOU... |
|  | [VOICES OVERLAP] |
| **PLAZOLA:** | ANY LITTLE THING... |
| **CS:** | CALL ME IF ANYTHING. |
| **PLAZOLA:** | I=LL IMMEDIATELY GIVE YOU A CALL.  I=M GOING TO TALK TO HIM RIGHT NOW. |
| **CS:** | OKAY. |
| **PLAZOLA:** | DON=T WORRY.  I=LL SEE WHAT SOLUTION I CAN COME UP WITH. |
| **CS:** | OKAY.  BYE, BYE. |
| **PLAZOLA:** | ARE YOU GOING TO COME OVER HERE TO CHECK THE AUTOMOBILE? |
| **CS:** | I CAN=T RIGHT NOW BECAUSE I=M HAVING A HARD TIME WITH THESE PEOPLE.  I=D BE LYING TO YOU IF I SAID I COULD, DO YOU UNDERSTAND ME? |
| **PLAZOLA:** | NO, NO, NO, IT=S BEST TO BE HONEST.  IF YOU CAN, YOU CAN. |

*Case No:*  **MW-13-0009**                              *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

8

IF YOU CANT, YOU CAN=T.

[VOICES OVERLAP]

**CS:**       IF... I CAN=T GO, I CAN=T GO RIGHT AT THIS MOMENT.  NO, I

CAN=T RIGHT NOW.

**PLAZOLA:**  NO, DON=T WORRY ABOUT IT.

**CS:**       OKAY.  BYE.

**PLAZOLA:**  OKAY.  BYE.

**[END OF CONVERSATION]**

[BACKGROUND: RUSTLING SOUNDS]

**UM:**  *TODAY=S, UH... SEVENTEENTH (17TH) SEPTEMBER, TWO THOUSAND*

*TWELVE (2012), MONDAY AND THAT WAS A CALL, UH... TO PLAZOLA*

*OR... [MOUTH SOUND] JUAN SANCHEZ.  [PAUSE] ONE (1) SECOND.*

*[PAUSE] JUAN SANCHEZ, AKA PLAZOLA.*

**[END OF RECORDING]**

---

*Case No:*  **MW-13-0009**                    *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **SEPTEMBER 17, 2012** |
| DURATION: | **00:04:02** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **IGNACIO SALCIDO, AKA JESUS** |
| | **UNIDENTIFIED MALE (UM)** |

*MVM, Inc.*
*(713) 693-3241*

[TELEPHONE RINGS]

**[BEGINNING OF CONVERSATION]**

JESUS:      HELLO.

CS:         HOW ARE YOU, JESUSITO?

JESUS:      HOW ARE YOU?  HOW ARE YOU?

CS:         I=M GOOD.  THIS IS APILOTO@ (PILOT) CALLING YOU.

JESUS:      LISTEN, NO, WELL, THOSE GUYS ARE VERY BUSY.  THEY HAVE

            TO... UH, THEY DON=T HAVE, UH... THEY DON=T HAVE TIME

            TO... BECAUSE THEY=RE, THEY=RE OVER THERE WHERE YOU

            LIVE AND OVER HERE, AND THEY DIDN=T WANT TO LET US

            BORROW THAT.

CS:         O...

                    [VOICES OVERLAP]

JESUS:      [U/I]

CS:         OKAY, AND, AND...

                    [VOICES OVERLAP]

JESUS:      OKAY.

CS:         ... WE CAN=T DO IT HERE AND I GIVE YOU THE MONEY HERE?

            OR GIVE IT TO PLAZOLA?

JESUS:      YEAH, WELL, LET ME CALL HIM BUT THE THING IS THAT... ALL

*Case No:* **MW-13-0009**                    *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

THIS WEEK THEY HAVE... THEY HAVE TO GO BUT IT=S

ALREADY, IT=S ALREADY...

[VOICES OVERLAP]

**CS:**    I=M GOING TO BE BUSY BETWEEN TODAY AND...

[VOICES OVERLAP]

**JESUS:**    YES.

**CS:**    ... TOMORROW. I WILL BE AVAILABLE LIKE AROUND

WEDNESDAY OR THURSDAY.

**JESUS:**    WEDNESDAY OR THURSDAY?

**CS:**    YES, I WILL BE AVAILABLE BECAUSE I=M A LITTLE BUSY HERE

AND I WILL BE AVAILABLE ON WEDNESDAY OR THURSDAY.

SO...

[VOICES OVERLAP]

**JESUS:**    YEAH.

**CS:**    DO YOU KNOW IF THEY=RE STILL GOING TO BE ABLE TO DO

THE DEAL HERE? SO THAT I DON=T HAVE TO GO ALL THE WAY

OVER THERE AND PAY THE SAME, THE SAME PRICE.

**JESUS:**    YEAH.

**CS:**    IF HE=S INTERESTED.

[VOICES OVERLAP]

*Case No:* **MW-13-0009**                    *Exhibit No:* **N-X (SEP) / (SEP)**

4

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| **JESUS:** | [U/I] |
| **CS:** | I MEAN, IF HE WANTS I CAN GIVE THE MONEY TO PLAZOLA AND PLAZOLA WILL DO WHATEVER HE HAS TO DO WITH US. |
| **JESUS:** | YEAH, THAT=S, THAT=S NOT THE PROBLEM.  THE PROBLEM IS THAT, UM... THEY DON=T, DON=T, DON=T HAVE ENOUGH, EH, UH... BECAUSE IT=S A... IT=S JUST ONE (1) VEHICLE AND IT=S GOING FROM ONE PLACE TO ANOTHER. |
| **CS:** | OKAY.  JUST ONE (1) VEHICLE, THAT=S IT? |
| **JESUS:** | YEAH, BUT, UM... [PAUSE] THEY SAID IT WAS A DONE DEAL BECAUSE THEY WERE GOING TO GO AND COME BACK, AND THEN THEY HAD TO GO AND GO OVER THERE TO WHERE YOU LIVE AND... AND EVERYTHING IS ALREADY... |
| **CS:** | SPOKEN FOR. |
| **JESUS:** | ... EVERYTHING IS ALREADY SPOKEN FOR SO HE=S SAYING THAT IT PROBABLY WON=T BE UNTIL NEXT WEEK. |
| **CS:** | OH... UNTIL NEXT WEEK? |
| | [VOICES OVERLAP] |
| **JESUS:** | BECAUSE THEY DON=T WANT... THEY DON=T WANT TO, UM... TAKE A THIRD (1/3) OR HALF (2) OF WHAT HE=S TAKING, DO YOU UNDERSTAND ME? |

*MVM, Inc.*
*(713) 693-3241*

5

| | |
|---|---|
| **CS:** | OKAY. |
| **JESUS:** | BECAUSE, BECAUSE THEY NEED EVERYTHING.  [CHUCKLES] |
| **CS:** | OH, THEY NEED EVERYTHING HERE? |
| **JESUS:** | YES. |
| **CS:** | OKAY. |
| **JESUS:** | BUT... AND ALSO HERE, HE SAID THAT THEY=RE SUPPOSEDLY COMING HERE AGAIN TOMORROW BUT... BUT IT=S ALREADY SPOKEN FOR.  LET ME, LET ME TELL HIM AND SEE WHAT... WHEN NEXT WEEK AND THEN I WILL SEE IF YOU GUYS WANT TO COME... THEM. |
| **CS:** | ALL RIGHT.  WE=LL SEE IF... |
| | [VOICES OVERLAP] |
| **JESUS:** | [U/I] |
| **CS:** | SO, I=M GOING TO HAVE TO GET A MOVE ON HERE, DO YOU UNDERSTAND ME? |
| **JESUS:** | YEAH. |
| | [PAUSE] |
| **CS:** | WELL, NO.  WELL, IF YOU WANT I CAN SHOW THE [STUTTERS]... THE BILLS TO PLAZOLA AND PLAZOLA WILL... TELL YOU WHEN AND WHERE, AND READY. |

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| **JESUS:** | YEAH, BUT THAT=S NOT THE PROBLEM.  THE PROBLEM IS THAT, THAT... |

[VOICES OVERLAP]

| | |
|---|---|
| **CS:** | NO, NO, SO HE CAN SEE THAT THERE=S TRUST, DO YOU UNDERSTAND ME? |
| **JESUS:** | YES.  [PAUSE] YES.  WELL, LET ME TELL THEM AND SEE WHAT THEY WANT TO DO BECAUSE SINCE WE ALREADY... [STUTTERS] WE ALREADY LEFT THEM HANGING TWO (2) TIMES.  WE ALREADY... |

[VOICES OVERLAP]

| | |
|---|---|
| **CS:** | IT WASN=T ME.  THE ONES THAT MADE THEMSELVES LOOK BAD WERE YOU GUYS BECAUSE YOU GUYS WEREN=T READY WHENEVER I GOT THERE. |

[PAUSE]

| | |
|---|---|
| **JESUS:** | NO, THAT=S WHY.  BETWEEN MYSELF... YES, I=M SAYING THAT THINGS BETWEEN YOU AND I WERE SET. |
| **CS:** | YES. |
| **JESUS:** | OKAY.  UM... LET ME... LET ME CALL YOU BACK LATER.  LET ME TALK TO THEM AGAIN AND SEE WHAT... |
| **CS:** | WHEN CAN YOU CALL ME? |

*MVM, Inc.*
*(713) 693-3241*

7

| | |
|---|---|
| **JESUS:** | LOOK, I=LL CALL YOU... WHAT=S ARE WE IN? I=LL CALL YOU ON WEDNESDAY. |
| **CS:** | OKAY, THAT=S FINE. I=LL WAIT FOR YOUR CALL ON WEDNESDAY. |

[VOICES OVERLAP]

| | |
|---|---|
| **JESUS:** | YES. |
| **CS:** | BYE, BYE. |

[VOICES OVERLAP]

| | |
|---|---|
| **JESUS:** | ALL RIGHT, THEN. I=LL, I=LL CALL YOU. BYE, BYE. |

**[END OF CONVERSATION]**

[BACKGROUND: RUSTLING SOUNDS]

**UM:**   *TODAY=S SEVENTEENTH (17TH) OF SEPTEMBER, TWO THOUSAND TWELVE (2012), MONDAY. AS CONVERSATION WITH, UH... IGNACIO SALCIDO, AKA JESUS.*

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **SEPTEMBER 21, 2012** |
| DURATION: | **00:02:29** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **JUAN SANCHEZ, AKA PLAZOLA** |
| | **UNIDENTIFIED MALE (UM)** |

2

*MVM, Inc.*
*(713) 693-3241*

[TELEPHONE RINGS]

**[BEGINNING OF CONVERSATION]**

PLAZOLA:        TELL ME, APILOTO@ (PILOT).

CS:             JUST HERE, BROTHER.  HOW ARE THINGS?

PLAZOLA:        GOOD, WE=RE HERE.  THEY=RE ALREADY WORKING ON IT.

CS:             OH, THAT=S GOOD, THAT=S GOOD.  LISTEN, THE GUY FROM THE

                *CITY* UP THERE CALLED ME.

PLAZOLA:        UH-HUH.

CS:             AND HE TOLD ME THAT HE WAS GOING TO TALK TO... FOR ME

                TO TALK TO YOU AND SEE... THAT HE WAS GOING TO TALK TO

                THE GUYS TO SEE IF THE DEAL CAN BE DONE... HERE.

PLAZOLA:        WHERE, IN HOUSTON?

CS:             YES.

PLAZOLA:        THEY CAN=T GO DOWN THERE?

CS:             NO, NO, NO, NO, HE TOLD ME.  HE JUST CALLED AND JUST TOLD

                ME , ALET ME TALK TO THE GUYS AND SEE HOW THINGS ARE

                GOING AROUND HERE,@ AND FOR ME TO TALK TO YOU SO WE

                CAN...

                            [VOICES OVERLAP]

PLAZOLA:        UH-HUH.

*Case No:*  **MW-13-0009**                      *Exhibit No:*  **N-X (SEP) / (SEP)**

3

*MVM, Inc.*
*(713) 693-3241*

CS:         ... DO THE DEAL HERE, SEE IF IT CAN BE DONE.

PLAZOLA:    OKAY, THAT=S FINE.

CS:         SO, TELL HIM IT CAN, THAT... THE MINIMUM IS BETWEEN (10)...

            [STUTTERS] BETWEEN TEN (10), TEN (10) AND TWELVE (12)

            DOLLARS THE BRICK.

PLAZOLA:    YES, YES, NOT A PROBLEM.

CS:         THAT=S THE MINIMUM SO THAT I CAN, CAN CALL THESE GUYS

            TO WORK, DO YOU UNDERSTAND ME?

PLAZOLA:    OKAY.

CS:         THAT=S THE MINIMUM.  SO...

                          [VOICES OVERLAP]

PLAZOLA:    [U/I]

CS:         YES.  ANYTHING LESS THAN TEN (10) CAN=T BE DONE.

PLAZOLA:    OKAY, IN HOW MUCH TIME, MORE OR LESS?  LIKE HOW LONG...

                          [VOICES OVERLAP]

CS:         [STUTTERS] [U/I] THEY TELL ME.  [PAUSE] JESUS... THE THING IS

            THAT HE HAS TO TELL HIM WHEN WE=RE GOING TO WORK.  I

            WILL...

                          [VOICES OVERLAP]

PLAZOLA:    OKAY.

*Case No:* MW-13-0009                          *Exhibit No:* N-X (SEP) / (SEP)

*MVM, Inc.*
*(713) 693-3241*

4

CS:              ... [U/I] AS SOON AS HE TELLS ME WHAT... THE DELIVERY IS

                 *READY* ALREADY?

PLAZOLA:         OKAY.  NO, BUT NOT ME BECAUSE I NEED TO CALL AHEAD OF

                 TIME, HAVE EVERYTHING AHEAD OF TIME BECAUSE THE

                 PROBLEM IS THIS, IT HASN=T BEEN DONE BECAUSE YOU GUYS

                 HAVEN=T GIVEN EACH OTHER ENOUGH TIME NEITHER HERE OR

                 THERE, DO YOU UNDERSTAND ME?

CS:              WELL, I WAS ALREADY READY ON SUNDAY.

PLAZOLA:         WHAT WE=RE GOING TO DO IS, UH... DO EVERYTHING AHEAD

                 OF TIME SO WE CAN SAY, @THIS DATE,@ AND THAT WAY THERE

                 ARE NO MISTAKES.

CS:              OKAY.  THAT=S FINE.

                              [VOICES OVERLAP]

PLAZOLA:         THAT WAY, THAT WAY I, I WILL BE OVER THERE.  I ALREADY

                 TOLD HIM, UH... I=M GOING TO GO AHEAD SO THAT THE WHOLE

                 FUCKING JOB GETS DONE BECAUSE THERE=S BEEN TOO MUCH

                 FUCKING BULLSHIT, DO YOU UNDERSTAND ME?

CS:              OKAY, THAT=S FINE.

PLAZOLA:         YES, NO, THIS HERE, THAT THERE.  I=M GOING TO TALK TO HIM

                 RIGHT NOW AND GIVE HIM THE TIME HE NEEDS.  I=M GOING TO

5

*MVM, Inc.*
*(713) 693-3241*

|  |  |
|--|--|
|  | TELL HIM, ΑI WANT THIS MUCH,@ AND DONE DEAL. |
| **CS:** | OKAY.  THAT=S FINE.  BYE.  I=LL CALL YOU LATER. |

[VOICES OVERLAP]

| **PLAZOLA:** | O... OKAY. |
| **CS:** | BYE. |
| **PLAZOLA:** | OKAY. |

**[END OF CONVERSATION]**

[BACKGROUND: RUSTLING SOUNDS]

**UM:** *UH... TODAY=S DATE FRIDAY THE TWENTY-FIRST (21ST) OF SEPTEMBER , TWO THOUSAND TWELVE (2012) AND THAT WAS A CALL PLACED TO PLAZOLA, UH... HIS NAME IS JUAN SANCHEZ.*

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

CASE No:            **MW-13-0009**

TRANSCRIBER:        **S. PEÑA**

DATE:               **SEPTEMBER 21, 2012**

DURATION:           **00:01:53**

LANGUAGE:           **SPANISH/*ENGLISH***

PARTICIPANTS:       **CONFIDENTIAL SOURCE (CS)**

                    **IGNACIO SALCIDO, AKA JESUS**

                    **UNIDENTIFIED MALE (UM)**

2

*MVM, Inc.*
*(713) 693-3241*

[TELEPHONE RINGS]

**[BEGINNING OF CONVERSATION]**

| | |
|---|---|
| **JESUS:** | HELLO. |
| **CS:** | HEY. |
| **JESUS:** | TELL ME. |
| **CS:** | NOW CAN YOU... TELL ME WHAT YOU WERE TELLING ME. |
| | SHOULD I TELL... PLAZOLA ABOUT THE MOTORS HERE. |

[PAUSE]

| | |
|---|---|
| **JESUS:** | OVER THERE? |
| **CS:** | YES, HERE, RIGHT HERE WHERE I=M AT. |
| **JESUS:** | OKAY. |
| **CS:** | AH... SO YOU SHOULD CALL HIM TO CHECK, TO CHECK IT HERE AND SEE HOW THEY=RE DOING. |
| **JESUS:** | OKAY, LET ME... LET ME TELL THOSE GUYS AND SEE WHEN THEY=RE GOING OVER THERE.  SEE IF SOMETHING IS GOING TO BE DONE.  SEE HOW EVERYTHING IS. |
| **CS:** | OKAY. |

[VOICES OVERLAP]

| | |
|---|---|
| **JESUS:** | OKAY? |
| **CS:** | SO, SO HE SAID THERE ARE TEN (10) MOTORS... [PAUSE] |

*MVM, Inc.*                                                                    3
*(713) 693-3241*
_____

MINIMUM.

[PAUSE]

**JESUS:**      UH-HUH.

**CS:**         DID YOU HEAR ME, THAT=S THE MINIMUM?

**JESUS:**      YES.

**CS:**         SO THAT I CAN SEND OFF TO LOOK FOR, FOR THIS GUY.

**JESUS:**      UH-HUH.

**CS:**         ALL RIGHT.  WHEN WILL YOU LET ME KNOW?

**JESUS:**      I WILL LET YOU KNOW.  I WILL LET YOU KNOW.  WE=LL SEE.

**CS:**         OKAY.

**JESUS:**      OKAY?

[VOICES OVERLAP]

**CS:**         BUT HE SAID IF... IF YOU WANT I CAN CALL PLAZOLA AND TELL

                HIM WE=RE... TO GET READY.

**JESUS:**      YES.

[VOICES OVERLAP]

**CS:**         HUH?

**JESUS:**      YES.  YES, I=LL CALL HIM.  RIGHT NOW I=LL... LET ME CONTACT

                THEM TO SEE HOW THEY=RE DOING.

**CS:**         OKAY.
_____

*MVM, Inc.*
*(713) 693-3241*

JESUS:      AND SEE WHEN THEY=RE GOING OVER THERE AND, AND I WILL

LET YOU KNOW.

CS:      OKAY.  THAT=S FINE.

[VOICES OVERLAP]

JESUS:      I=LL CALL YOU.

CS:      OKAY.

[VOICE OVERLAP]

JESUS:      ALL RIGHT, THEN.

CS:      BYE.

**[END OF CONVERSATION]**

[BACKGROUND: RUSTLING, BEEPING SOUNDS]

UM:      *TODAY=S...* [SIGHS] *DATE IS, UH... FRIDAY...* [BACKGROUND:

SHUFFLING SOUNDS] *SEPTEMBER THE... TWENTY-FIRST (21ST),*

*TWO THOUSAND TWELVE (2012).  AS A* [STUTTERS]... *FROM*

*CONVERSATION CALL TO, UH... IGNACIO SALCIDO, AKA JESUS.*

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **OCTOBER 03, 2012** |
| DURATION: | **00:04:46** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **IGNACIO SALCIDO, AKA JESUS** |
| | **UNIDENTIFIED MALE (UM)** |

*MVM, Inc.*                                                              2
*(713) 693-3241*
_____

[TELEPHONE RINGS]

**[BEGINNING OF CONVERSATION]**

**JESUS:**          HELLO.

**CS:**             HELLO.

**JESUS:**          APILOTO@ (PILOT).

**CS:**             HOW ARE YOU?  HOW HAVE YOU BEEN?

**JESUS:**          WELL, HERE.  GOOD, GOOD, GOOD.

**CS:**             THAT=S GOOD, THAT=S GOOD.  DID PLAZOLA CALL YOU?

**JESUS:**          YES, HE CALLED ME LAST NIGHT.

**CS:**             OH, OKAY.  WHAT DID YOU GUYS AGREE ON?  WHAT DID YOU

                    GUYS AGREE ON?

**JESUS:**          WELL, THE SITUATION IS AT A STAND STILL.  [CALL WAITING]

                    [U/I] AT A STAND STILL RIGHT NOW.

**CS:**             OKAY.  [PAUSE] IS EVERYTHING AT A STAND STILL?

                          [CALL WAITING]

**JESUS:**          YES, ON THAT SIDE.  UH-HUH.

**CS:**             THERE=S NOTHING AT THE MOMENT?

                          [VOICES OVERLAP]

**JESUS:**          EVERYTHING IS CURRENTLY AT A STAND STILL.

**CS:**             OKAY, BUT I=M REFERRING TO IF THERE=S... A RESERVE

_____

*Case No:*  **MW-13-0009**                    *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

3

AROUND THERE, A AMOTORSITO@ (LITTLE MOTOR), OR

SOMETHING?

JESUS:      NOTHING.

CS:          NOTHING, NOTHING, NOTHING?  IT=S ALL DRY?

JESUS:      UH-HUH.  [BACKGROUND: VIBRATING SOUNDS] HOLD ON FOR A

SECOND.  DON=T, DON=T HANG UP.

CS:          OKAY.

JESUS:      PLEASE.  [PAUSE] [CALL WAITING] [BACKGROUND: VIBRATING

SOUNDS] PILOTO.

CS:          UH-HUH.

JESUS:      I APOLOGIZE, I GOT A ANOTHER CALL.

CS:          NOT A PROBLEM.

JESUS:      YEAH.  WELL, THE SHIT IS CALM ON, ON THAT SIDE SO, UM... I

THINK NOT UNTIL NEXT WEEK.

CS:          OKAY.  THIS WEEK...

[VOICES OVERLAP]

JESUS:      [U/I]

CS:          THERE=S NOTHING THIS WEEK?

JESUS:      NO, IT=S... EVERYTHING IS AT A STAND STILL.

CS:          EVERYTHING IS AT A STAND STILL ON THAT SIDE?

4

*MVM, Inc.*
**(713) 693-3241**

_____

[VOICES OVERLAP]

**JESUS:**    THEY=RE NOT... THEY=RE NOT GOING TO START WORKING,

START WORKING UNTIL NEXT WEEK.

**CS:**    OKAY.

[VOICES OVERLAP]

**JESUS:**    AND, AND... AND WHO KNOWS HOW IT=S GOING TO BE

BECAUSE THEY KEEP ON RAISING IT, THEY KEEP RAISING IT,

THEY KEEP ON RAISING IT MORE.

[PAUSE]

**CS:**    ALL RIGHT.

[VOICES OVERLAP]

**JESUS:**    [U/I]

**CS:**    [CLEARS THROAT]

**JESUS:**    IT=S, IT=S, IT=S TOUGH.

**CS:**    THE CROSSING IS TOUGH?

**JESUS:**    YEAH, THE WHOLE SHIT IS TOUGH.  I DON=T KNOW WHAT...

[PAUSE]

**CS:**    OKAY.

[VOICES OVERLAP]

**JESUS:**    ... IS GOING ON, ON THAT SIDE.

_____

*Case No:* **MW-13-0009**                    *Exhibit No:* **N-X (SEP) / (SEP)**

5

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CS: | ALL RIGHT.  SO, WE=RE GOING TO HAVE TO WAIT? |
| JESUS: | THAT=S ALL WE CAN DO. |
| CS: | WELL, YEAH. |

[VOICES OVERLAP]

| | |
|---|---|
| JESUS: | [U/I]... BECAUSE THEY KEEP ON RAISING IT, THEY KEEP ON RAISING IT AND... |
| CS: | AND, WHAT=S THE NUMBER NOW?  WHAT DID THEY TELL YOU? |
| JESUS: | WELL, NOT YET, BUT I THINK THEY TOLD ME THAT THEY WERE GOING TO GO UP ANOTHER FIVE HUNDRED (500). |
| CS: | TO TWENTY-EIGHT (28)? |

[PAUSE]

| | |
|---|---|
| JESUS: | WHAT WERE THEY GOING FOR?  NO, MORE THAN TWENTY-EIGHT (28).  IT WAS GOING FOR TWENTY (20)... TWENTY-SEVEN (27), FIFTY (50). |
| CS: | OKAY, IT WAS GOING FOR TWENTY-SEVEN (27), FIFTY (50). |
| JESUS: | AND ANOTHER FIVE HUNDRED (500).  YEAH, TWENTY-EIGHT (28). |
| CS: | ALL RIGHT, TWENTY-EIGHT (28). |

[VOICES OVERLAP]

| | |
|---|---|
| JESUS: | [U/I] I DON=T KNOW ANYTHING UNTIL THEY GET HERE. |

6

*MVM, Inc.*
**(713) 693-3241**

---

| | |
|---|---|
| **CS:** | YES, YES, I UNDERSTAND THAT.  I UNDERSTAND. |
| **JESUS:** | YEAH, BUT IT=S HORRIBLE. |
| **CS:** | NO, IT=S GOING UP TOO MUCH. |
| **JESUS:** | YES, SIR.  WELL, THE THING IS THAT THERE ISN=T [STUTTERS] ANY.  IT=S, IT=S... |

[PAUSE]

| | |
|---|---|
| **CS:** | ALL RIGHT. |
| **JESUS:** | ... IT=S GETTING TOUGHER, A LOT TOUGHER, A LOT TOUGHER.  I DON=T KNOW WHAT... THEY [U/I] NEVER SHORT ON, ON, ON AUTOMOBILES BUT NOW IT SLOWED DOWN ALL OF A SUDDEN. |
| **CS:** | ALL RIGHT. |
| **JESUS:** | YES, SIR. |
| **CS:** | WELL, THEN I=LL CALL YOU ON WEDNESDAY OF NEXT WEEK. |
| **JESUS:** | YEAH, I THINK SO.  I=LL LET YOU KNOW.  WE=LL SEE.  IF, IF THERE IS SOMETHING, IF PLANS CHANGE I=LL CALL YOU.  I=LL CALL YOU GUYS.  WE=LL SEE. |
| **CS:** | ALL RIGHT.  THAT=S FINE.  THANK YOU. |
| **JESUS:** | ALL RIGHT. |
| **CS:** | BYE. |

**[END OF CONVERSATION]**

---

*Case No:*  **MW-13-0009**    *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

[BACKGROUND: RUSTLING SOUNDS]

UM:     *WEDNESDAY... THREE (3) OCTOBER, TWO THOUSAND TWELVE*

*(2012) AND THAT WAS A CALL, UH... IGNACIO SALCIDO, AKA JESUS.*

**[END OF RECORDING]**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **OCTOBER 03, 2012** |
| DURATION: | **00:03:27** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **JUAN SANCHEZ, AKA PLAZOLA** |
| | **UNIDENTIFIED MALE (UM)** |

2

*MVM, Inc.*
*(713) 693-3241*

[BEGINNING OF CONVERSATION]

CS:             HELLO.

PLAZOLA:        WHAT=S UP, APILOTO® (PILOT)?

CS:             HERE, CALLING YOU TO SEE... HOW THINGS ARE GOING?

PLAZOLA:        IT=S GOING.

CS:             WHERE ARE YOU, THAT YOU=RE SAD?

PLAZOLA:        NO, I=M WORKING.

CS:             OH, YOU=RE WORKING?

PLAZOLA:        YES.

CS:             OH, ARE YOU OVER THERE IN GALVESTON?

PLAZOLA:        NO, NOW I=M BY FORTY-FIVE (45).

CS:             OH.

                    [VOICES OVERLAP]

PLAZOLA:        BY FORTY-FIVE (45) AND, AND AIRPORT.

CS:             OH, YOU=RE CLOSE TO MY HOUSE.

PLAZOLA:        YES.

CS:             ALL RIGHT.

PLAZOLA:        THE THING IS THAT I HAVE TO GO TO CHANNELVIEW RIGHT

                NOW FOR A CAR THAT I=M GOING TO BUY.

CS:             WHERE?

3

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| **PLAZOLA:** | CHANNEL, CHANNELVIEW. |
| **CS:** | OH, YOUR GOING TO BUY AN AUTOMOBILE? |
| **PLAZOLA:** | YES. |
| **CS:** | VERY EXPENSIVE, OR WHAT? |
| **PLAZOLA:** | WHAT? |
| **CS:** | VERY EXPENSIVE? |
| **PLAZOLA:** | NO, LIKE TWO THOUSAND FIVE HUNDRED (2,500). |
| **CS:** | EH... WHAT KIND OF CAR? |
| **PLAZOLA:** | IT=S A CAMARO. |
| **CS:** | OH, YOU WANT A CAMARO? |
| **PLAZOLA:** | YES. |
| **CS:** | HOW DO YOU LIKE THE CAMAROS?  [PAUSE] HUH? |
| **PLAZOLA:** | [STUTTERS] DO YOU HAVE ONE AROUND THERE? |
| **CS:** | NO, NOT A CAMARO.  NOT RIGHT NOW. |
| **PLAZOLA:** | WHAT KIND OF GOOD CARS DO YOU HAVE AROUND THERE? |
| **CS:** | NO, A, A... DODGE RAM FIFTEEN HUNDRED (1500). |
| **PLAZOLA:** | A DODGE RAM? |

[VOICES OVERLAP]

| | |
|---|---|
| **CS:** | UH-HUH, HALF (2) CAB. |
| **PLAZOLA:** | AND, HOW MUCH DO THEY WANT FOR IT? |

4

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| **CS:** | THREE THOUSAND (3,000). |
| **PLAZOLA:** | HOW MUCH? |
| **CS:** | THREE THOUSAND (3,000), BUT IT=S BRAND NEW. |
| **PLAZOLA:** | WHAT YEAR IS IT? |
| **CS:** | TWO THOUSAND ONE (2001). |
| **PLAZOLA:** | NO, THREE THOUSAND (3,000) IS TOO EXPENSIVE FOR A TWO THOUSAND ONE (2001). |
| **CS:** | YOU THINK? |
| **PLAZOLA:** | YEAH, FOR A DODGE, YEAH. |
| **CS:** | I DON=T THINK SO. |
| **PLAZOLA:** | YEAH, FOR THE FIFTEEN HUNDRED (1500) DODGE. |
| **CS:** | OH, ALL RIGHT. |
| **PLAZOLA:** | YOU CAN FIND A TWO THOUSAND ONE (2001), UH... TWO THOUSAND (2,000), TWO THOUSAND ONE HUNDRED (2,100) AT THE MOST.  TWO THOUSAND (2,000) TO TWO THOUSAND FIVE HUNDRED (2,500). |
| **CS:** | OKAY.  ALL RIGHT. |
| | [VOICES OVERLAP] |
| **PLAZOLA:** | [U/I] |
| **CS:** | LISTEN, I CALLED... YOUR FRIEND JESUS OVER THERE. |

5

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| **PLAZOLA:** | UH-HUH, AND WHAT DID HE TELL YOU? |
| **CS:** | THAT HE WON=T HAVE ANYTHING UNTIL, UNTIL WEDNESDAY. |
| **PLAZOLA:** | ALL RIGHT, AND HOW MUCH DID HE TELL YOU IT WAS GOING FOR? |
| **CS:** | THAT THEY WERE GOING TO RAISE IT ANOTHER FIVE HUNDRED (500). |
| **PLAZOLA:** | NO WAY, MAN.  THEY CAN GO TO HELL.  THAT=S BULLSHIT. |
| **CS:** | TWENTY-EIGHT (28), TWO HUNDRED (200).  [PAUSE] HE SAID THAT THE CROSSING WAS REALLY BAD.  I TOLD HIM I COULD GIVE YOU THE MONEY RIGHT, RIGHT NOW.  IF HE WANTED TO, I WOULD BUY TEN (10) AND THEN ANOTHER TEN (10).  TEN (10) UP FRONT AND THEN TEN (10).  IT WOULD BE TWENTY (20). |
| **PLAZOLA:** | YES. |
| **CS:** | BUT I DIDN=T... |
| | [VOICES OVERLAP] |
| **PLAZOLA:** | AND, WHAT DID HE TELL YOU? |
| **CS:** | NO, NO, I DIDN=T TELL HIM.  I DIDN=T TELL HIM ANYTHING WHENEVER HE TOLD ME THAT.  PLUS, I TOLD HIM THAT I WAS GOING TO TALK TO YOU. |
| **PLAZOLA:** | NO, TWENTY-EIGHT (28) IS TOO EXPENSIVE.  TWENTY-EIGHT (28) |

|          | IS TOO EXPENSIVE. |
|----------|-------------------|
| CS:      | NO, I... I DIDN=T, DIDN=T SAY ANYTHING, DO YOU UNDERSTAND ME? |

[VOICES OVERLAP]

| PLAZOLA: | YEAH. |
|----------|-------|
| CS:      | I=M JUST CALLING YOU SO YOU CAN SEE THAT THERE=S NOT... |

[VOICES OVERLAP]

| PLAZOLA: | [U/I] |
|----------|-------|
| CS:      | ALSO, THEIR INTENTION, TO ME, THEIR INTENTION ISN=T RIGHT. |
| PLAZOLA: | NO, IT=S NOT RIGHT, DO YOU UNDERSTAND ME?  BECAUSE HE=S BUYING IT WHOLESALE, DO YOU UNDERSTAND ME? |
| CS:      | YES. |

[VOICES OVERLAP]

| PLAZOLA: | NOT... NOT ALL AT ONCE. |
|----------|-------------------------|
| CS:      | UH-HUH. |
| PLAZOLA: | I HAVE OTHER MOVEMENTS OVER HERE BUT IT=S REALLY SLOW RIGHT NOW.  IF THIS, IF THIS MATTER GOES WELL, WE=RE NOT GOING TO HAVE THE NEED TO BULLSHIT AROUND ANYWHERE ELSE. |
| CS:      | ALL RIGHT.  WELL, YOU ALREADY KNOW, I WAS JUST CALLING |

7

*MVM, Inc.*
*(713) 693-3241*

                    YOU FOR THAT.

                         [VOICES OVERLAP]

**PLAZOLA:**     YEAH.

**CS:**          LET ME SEE, IF I SEE A CAR I=LL CALL YOU BACK, YOU HEARD?

**PLAZOLA:**     YES.  THE ONE FROM THE RIMS HASN=T SAID ANYTHING?

**CS:**          I SAW HIM BUT HE=S ASKING TOO MUCH.  OKAY?

                         [VOICES OVERLAP]

**PLAZOLA:**     OKAY.

**CS:**          ALL RIGHT.  I=LL CALL YOU RIGHT NOW.

                         [VOICES OVERLAP]

**PLAZOLA:**     O, O, OKAY, THAT=S FINE.  OKAY, THAT=S FINE.

**[END OF CONVERSATION]**

**UM:**          *WEDNESDAY, THREE (3) OCTOBER, TWO THOUSAND TWELVE*

                 *(2012) AND... THAT WAS A INBOUND CALL FROM PLAZOLA, AKA*

                 *JUAN SANCHEZ.*

                    **[END OF RECORDING]**

*Case No:* **MW-13-0009**                    *Exhibit No:* **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **MW-13-0009** |
| TRANSCRIBER: | **S. PEÑA** |
| DATE: | **OCTOBER 10, 2012** |
| DURATION: | **00:02:23** |
| LANGUAGE: | **SPANISH/*ENGLISH*** |
| PARTICIPANTS: | **CONFIDENTIAL SOURCE (CS)** |
| | **IGNACIO SALCIDO, AKA JESUS** |
| | **UNIDENTIFIED MALE (UM)** |

*MVM, Inc.*
*(713) 693-3241*

2

[TELEPHONE RINGS]

**[BEGINNING OF CONVERSATION]**

| | |
|---|---|
| **JESUS:** | HELLO. |
| **CS:** | HEY. |
| **JESUS:** | APILOTO@ (PILOT). |
| **CS:** | HOW IS EVERYTHING? |
| **JESUS:** | WELL, YOU ALREADY HOW EVERYTHING IS.  IT=S FUCKED UP. |
| **CS:** | [CHUCKLES] EVERYTHING IS FUCKED UP? |
| **JESUS:** | EVERYTHING IS FUCKED UP. |
| **CS:** | OH.  [PAUSE] AND, HOW IS THE MARKET AROUND THERE? |
| **JESUS:** | WELL, LIKE I SAID, EVERYTHING IS FUCKED UP. |
| **CS:** | OH. |

[PAUSE]

| | |
|---|---|
| **JESUS:** | YEAH, WELL, THAT=S HOW IT IS AND... [SIGHS] I DON=T KNOW, AND THEN HE SAID THAT THOSE GUYS AREN=T COMING UNTIL NEXT WEEK. |
| **CS:** | OH, THEY=RE NOT COMING UNTIL NEXT WEEK? |
| **JESUS:** | YEAH, THEY CAME ... WHEN DID I TELL YOU THAT THEY WERE COMING? |

[VOICES OVERLAP]

3

*MVM, Inc.*
*(713) 693-3241*

CS:                    YEAH, YOU TOLD ME ON SUNDAY.

                              [VOICES OVERLAP]

JESUS:              ON MONDAY.

CS:                    THEY WERE COMING ON MONDAY.

JESUS:              THEY WERE COMING ON MONDAY.

CS:                    OKAY.

                              [VOICES OVERLAP]

JESUS:              THEY DID COME AND IT LOOKS LIKE THEY=RE NOT COMING

                       BACK UNTIL NEXT WEEK NOW, BECAUSE THAT WENT UP AND

                       NOW NOBODY...

CS:                    NOBODY IS PAYING ATTENTION TO THAT.

                              [VOICES OVERLAP]

JESUS:              IT=S CALM.  YES.

CS:                    OKAY.

JESUS:              WHO KNOWS.

CS:                    ALL RIGHT.  MORE OR LESS...

                              [VOICES OVERLAP]

JESUS:              [U/I]

CS:                    ... MORE OR LESS WHAT, WHAT DATE, MORE OR LESS, NEXT

                       WEEK?

*Case No:*  **MW-13-0009**                    *Exhibit No:*  **N-X (SEP) / (SEP)**

*MVM, Inc.*
*(713) 693-3241*

4

| | |
|---|---|
| **JESUS:** | I=LL, I=LL LET YOU KNOW.  LET ME, EH... WELL, I DON=T THINK THERE=S GOING TO BE ANYTHING NEXT WEEK.  HE TOLD ME THAT THERE WASN=T GOING TO BE ANYTHING THIS WHOLE WEEK.  WHO KNOWS NEXT WEEK. |
| **CS:** | ALL RIGHT.  YEAH, THIS WEEK. |

[VOICES OVERLAP]

| | |
|---|---|
| **JESUS:** | I=LL LET YOU KNOW.  UM... |
| **CS:** | BUT, NEXT WEEK. |
| **JESUS:** | LET ME TELL HIM AND SEE. |
| **CS:** | OKAY. |

[VOICES OVERLAP]

| | |
|---|---|
| **JESUS:** | WHEN ARE THEY GOING TO COME OVER HERE. |
| **CS:** | OKAY, OKAY. |
| **JESUS:** | BECAUSE IT=S FUCKED UP.  [U/I] THOSE GUYS AREN=T LETTING ANYBODY MAKE A BUCK. |
| **CS:** | OKAY, YOU HAVE A POINT.  THEY WANT EVERYTHING. |
| **JESUS:** | YES.  I=LL LET YOU KNOW.  NO, WELL, I=LL LET YOU KNOW AND SEE, AND SEE IF... GOD WILLING, IT STARTS GOING DOWN. |
| **CS:** | ALL RIGHT.  WE=RE GOING TO BE STANDING BY.  YOU=LL CALL ME. |

5

*MVM, Inc.*
*(713) 693-3241*

**JESUS:**     YES, I=LL CALL YOU AS SOON AS I KNOW SOMETHING.

**CS:**     OKAY, THANK YOU.

**JESUS:**     ALL, ALL RIGHT.

**[END OF CONVERSATION]**

[BACKGROUND: RUSTLING SOUNDS]

**UM:**     *UH... TODAY IS... WEDNESDAY, TEN (10) OCTOBER, TWO*

*THOUSAND TWELVE (2012) AND THAT WAS A CALL TO...*

*IGNACIO SALCIDO, AKA J, JESUS.*

**[END OF RECORDING]**