# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold  COURT REPORTER: Debbie Saenz
LAW CLERK _____  USPO _____
INTERPRETER:
A.M. 9:27 - 9:57; 10:47 - 10:58  DATE HELD: July 11, 2014
TOTAL COURT TIME: 17 mins.  CSO: Ray Urban

CR. No. 4:14-CR-112-A  DEFT NO. 03

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | JOSH BURGESS, AUSA |
| v. | § § § | |
| CARLOS PLAZOLA-RODRIGUEZ | § | ANGELA SAAD, FPD ☐ |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## REARRAIGNMENT

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ✔ Guilty Plea  ☐ None  Days in Trial: _____  Hearing Concluded: ✔ Yes  ☐ No

- ✔ Defendant SWORN.
- ✔ Rearraignment - Held on count(s) **1** of the **1** counts(s) Indictment.
- ☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
- ✔ Defense waived reading of the Indictment.
- ✔ Deft enters a plea of  ☐ Not Guilty  ✔ Guilty  ☐ Nolo
- ☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
- ☐ Waiver of Jury Trial
- ☐ Waiver of Indictment, filed.
- ☐ Plea Agreement accepted.  ☐ Court defers acceptance of Plea Agreement.
- ☐ Plea Agreement filed  ✔ No Plea Agreement.
- ☐ Plea Agreement included with Factual Resume.
- ✔ Factual Resume filed.
- ✔ Defendant is adjudged guilty as to count(s) **1 of the indictment.**
- ✔ **Sentencing set October 31, 2014 at 9:00 a.m.**
- ☐ Trial set for _____ at 8:30 a.m.
- ☐ Pretrial motions due: _____ . Discovery motions/Government Responses due: _____ .
- ✔ Order for PSI, Disclosure Date and Setting Sentencing entered.
- ☐ PSI waiver filed.  ✔ PSI due: September 8, 2014.  ✔ Presentence Referral Form to: Angela Saad.
- ☐ Defts bond ☐ set ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Bond ☐ continued  ☐ forfeited
- ✔ Deft Custody/Detention continued.
- ☐ Deft ORDERED into custody.

✔ **OTHER PROCEEDINGS:** Govt Exh. 1 - Admitted.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 11 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy